# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAYMOND PERRY BRIEN,<br><br>Defendant. | CR 21-58-BLG-SPW<br><br><br><br>FINAL ORDER OF FORFEITURE |

This matter comes before the Court on the United States' motion for final order of forfeiture (Doc. 36).   Having reviewed the motion, the Court FINDS:

1.     The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2.     A preliminary order of forfeiture was entered on January 11, 2022 (Doc. 34);

3.     All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

1

4.      There appears there is cause to issue a forfeiture order under 18

U.S.C. § 924(d);

IT IS THEREFORE ORDERED that:

1.      The motion for final order of forfeiture (Doc. 36) is **GRANTED**.

2.      Judgment of forfeiture of the following property shall enter in favor of

the United States, pursuant to 18 U.S.C. § 924(d), free from the claims of any other

party:

- Smith and Wesson 9 mm handgun with serial number removed.

3.      The United States shall have full and legal title to the forfeited property

and may dispose of it in accordance with law.

DATED this ___18th___ day of March, 2022.


_____
SUSAN P. WATTERS
United States District Court Judge